**Criminal Case Cover Sheet**      **U.S. District Court**

**Place of Offense:**
City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number _____
Same Defendant __x__ New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**07-00009**

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name _____HYO JIN PACK_____

Alias Name _____

Address _____

_____Korea_____

Birthdate _____ SS# ____ Sex __F__ Race __A__ Nationality __Korean__

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

Interpreter: ____ No __X__ Yes   List language and/or dialect: __Korean__

**RECEIVED JAN 24 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Marriage Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __1/16/07__   Signature of AUSA: __Karon V. Johnson__

Case 1:07-cr-00009   Document 1-2   Filed 01/24/2007   Page 1 of 1