**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

07 - 00009

Superseding Indictment _____ Docket Number _____

Same Defendant _____ New Defendant ___ X ___

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __ X ___     Matter to be sealed: _____ Yes __ X __ No

Defendant Name ___ DAVID C.P. SANTOS _____

Alias Name _____

Address _____

___ Guam _____

Birthdate _____ SS# _____ Sex _M_ Race ___ PI ___ Nationality ___ Chamorro ___

**U.S. Attorney Information:**

AUSA ___ Karon V. Johnson _____

**Interpreter:** __ X __ No ____ Yes     List language and/or dialect: ___

RECEIVED

JAN 2 4 2007

DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** ___ 1 ___     _____ Petty _____ Misdemeanor __ X __ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 371 | Conspiracy to Commit Marriage Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: ___ 1/16/07 ___     Signature of AUSA: _Karon V. Johnson_