# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>HYO JIN PACK<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number:    CR-07-00009-001 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue, Hagatna, Guam**<br>Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Room<br><br>413 |
|---|---|
| | Date and Time<br>**Tuesday, January 30, 2007 at 10:45 a.m.** |

To answer a(n)
X   Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **371**

Brief description of offense:

**Conspiracy to Commit Marriage Fraud**

FILED
DISTRICT COURT OF GUAM
JAN 30 2007
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
JAN 24 2007
US MARSHALS SERVICE-GUAM

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**January 24, 2007**
Date

ORIGINAL

# RETURN OF SERVICE

Service was made by me on:[1]   Date  1/29/07

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS – Itagato, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  1/29/07
            Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.