# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00009            DATE: January 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 10:50:44 - 10:57:54
CSO: F. Tenorio / J. Lizama

**APPEARANCES:**
Defendant: Hyo Jin Pack      Attorney: Peter Perez
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Carleen Borja      U.S. Marshal: D. Punzalan
Interpreter: Sung Woo Yoon / John Song      Language: Korean

**PROCEEDINGS: Initial Appearance and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant waives reading of <u>Indictment</u>.
- Plea entered: <u>Not guilty</u>
- Trial set for: <u>April 3, 2007 at 9:30 A.M.</u>
- Defendant released on bail as previously ordered by this Court in Criminal case no. 06-00113.

NOTES: