**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Hyo Jin Pack*

FILED
DISTRICT COURT OF GUAM
FEB 14 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>HYO JIN PACK,<br><br>Defendant. | CRIMINAL CASE NO CR07-00009-001<br><br>**MOTION TO SCHEDULE CHANGE OF PLEA HEARING AND VACATE TRIAL DATE; CERTIFICATE OF SERVICE** |

COMES NOW the Defendant, HYO JIN PACK, through counsel, Peter C. Perez, Esq., and moves this Honorable Court to schedule a hearing for Defendant's change of plea from not guilty to plea of guilty on February 19, 2007 at 10:00 a.m., or a date convenient for the Court, and to vacate the trial date currently scheduled for April 3, 2007. There is no written plea agreement in this case.

Dated this 14th day of February, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Hyo Jin Pack*

# CERTIFICATE OF SERVICE

I, PETER C. PEREZ, hereby certify that a true and exact copy of the foregoing documents was duly hand-delivered to the following on February 14, 2007:

**KARON V. JOHNSON**
*Assistant U.S. Attorney*
**United States Attorney**
**Districts of Guam and NMI**
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

**U.S. PROBATION OFFICE**
Districts of Guam and NMI
2nd Floor, U.S. District Court
520 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 14th day of February, 2007.

**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Hyo Jin Pack*

P-0044/768-00/0768/PCP/dmg

2
USA vs. Hyo Jin Pack; Criminal Case No. CR07-00009-001
Motion to Schedule Change of Plea and
Vacate Trial Date; Certificate of Service

Case 1:07-cr-00009   Document 10   Filed 02/14/2007   Page 2 of 2