**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Hyo Jin Pack*

# IN THE UNITED STATES DISTRICT COURT

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00009 |
| Plaintiff, | **ORDER TO SCHEDULE CHANGE OF PLEA HEARING** |
| vs. | |
| HYO JIN PACK, | |
| Defendant. | |

Upon motion by the Defendant,

**IT IS HEREBY ORDERED** that Change of Plea Hearing is scheduled for Tuesday, February 27, 2007, at 1:30 p.m.

Date: February 23, 2007

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**