# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-07-00009-001        DATE: February 27, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori        Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore        Electronically Recorded: 1:50:03 - 2:14:41
CSO: B. Benavente

**APPEARANCES:**

Defendant: Hyo Jin Pack        Attorney: Peter Perez
☑ Present ☐ Custody ☐ Bond ☑ P.R.        ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Frederick A. Black        U.S. Agent:
U.S. Probation: Carleen Borja        U.S. Marshal: D. Punzalan
Interpreter: Sung Woo Yoon / John Song        Language: Korean

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Defendant consented to enter her plea before a U.S. Magistrate Judge.
- Defendant arraigned and advised of her rights, charges and penalties.
- Defendant entered her plea of guilty without a written plea agreement.
- Report and Recommendation executed by the Court.
- Sentencing set for: May 29, 2007 at 10:30 A.M.
- Presentence Report due to the parties: April 23, 2007. Responses due: May 7, 2007
- Presentence Report due to the Court: May 22, 2007
- Defendant to remain released.

NOTES: