```
                                              FILED
                                        DISTRICT COURT OF GUAM

                                           FEB 27 2007

                                           MARY L.M. MORAN
                                           CLERK OF COURT
```

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00009 |
| Plaintiff, | |
| vs. | **CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE** |
| HYO JIN PACK, | |
| Defendant. | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

ORIGINAL

1  sentencing hearing at which the District Judge will decide whether to accept or reject any
2  associated plea agreement, and will determine and impose sentence.
3       DATED this  27  day of February 2007.

*Hyo Jin Pack*

HYO JIN PACK
Defendant

*Peter C. Perez*

PETER C. PEREZ
Attorney for Defendant

APPROVED:

*[signature] for K.J.*

KARON V. JOHNSON
Assistant U.S. Attorney