LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

**FILED**
DISTRICT COURT OF GUAM
APR 13 2007
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
U.S. Probation Office
APR 13 2007
Districts of Guam
and NMI

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>HYO JIN PACK,<br>                Defendant. | CRIMINAL CASE NO. 07-00009<br><br>**STIPULATION FOR TEMPORARY RELEASE OF PASSPORT** |

The undersigned stipulate to the temporary release of the Defendant, Hyo Pack's, passport and I-94 Arrival/Departure Record card, for a one week period, from April 16, 2007 through April 23, 2007. On April 23, 2007 the defendant shall return her passport no later than 3:00 p.m. to District Court. This stipulation is entered into to facilitate the Defendant's efforts with the Department of Homeland Security to obtain a work permit and to comply with her court ordered release conditions requiring her to "maintain or actively seek employment".

SO STIPULATED this 12th day of April, 2007.

**LEONARDO M. RAPADAS**
**United States Attorney**
**Districts of Guam and NMI**

_____
**KARON V. JOHNSON, ESQ.**
Assistant Attorney General

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Hyo Jin Pack*

**U.S. PROBATION OFFICE**

_____
**JUDY OCAMPO**
U.S. Probation Officer