LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

**FILED**
DISTRICT COURT OF GUAM
APR 18 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00009 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION FOR TEMPORARY RELEASE OF PASSPORT** |
| HYO JIN PACK, | |
| Defendant. | |

The undersigned stipulate to the temporary release of the Defendant, Hyo Pack's, passport and I-94 card, for a one week period, from April 18, 2007 through April 23, 2007. On April 23, 2007 the defendant shall return her passport no later than 3:00 p.m. to U.S. District Court. This stipulation is entered into to facilitate the Defendant's efforts with the Department of Homeland Security to obtain a work permit and to comply with her court ordered release conditions requiring her to "maintain or actively seek employment".

SO STIPULATED this 17th day of April, 2007.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

*/s/ Karon V. Johnson*
**KARON V. JOHNSON, ESQ.**
Assistant Attorney General

**LUJAN AGUIGUI & PEREZ LLP**

*/s/ Peter C. Perez*
**PETER C. PEREZ, ESQ.**
*Attorneys for Defendant Hyo Jin Pack*

**U.S. PROBATION OFFICE**

*/s/ Judy Ann J. Ocampo*
**JUDY OCAMPO**
U.S. Probation Officer