**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HYO JIN PACK,<br><br>                Defendant. | CRIMINAL CASE NO. 07-00009<br><br>**ORDER GRANTING TEMPORARY RELEASE OF PASSPORT** |

Upon the Stipulation of the parties, the Court hereby GRANTS the request and authorizes the U.S. Probation Office to release the Defendant's passport to her for a one-week period, beginning May 11, 2007, through May 18, 2007. The Defendant shall return her passport to the U.S. Probation Office no later than 3:00 p.m. on May 18, 2007.

SO ORDERED.

                                              **/s/ Joaquin V.E. Manibusan, Jr.**
                                                  **U.S. Magistrate Judge**
                                                  **Dated: May 08, 2007**