✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

**Hyo Jin Pack**  CASE NUMBER: **CR-07-00009-001**

TYPE OF CASE:
☐ **CIVIL**    X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guaam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910** | **Tuesday, May 29, 2007 at 10:30 a.m.** | **Friday, June 22, 2007 at 9:00 a.m.** |

**MARY L. M. MORAN, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**May 21, 2007**                            /s/ Leilani R. Toves Hernandez
DATE                                        (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Peter C. Perez's Office
      U.S. Probation Office
      U.S. Marshals Service