**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-07-00009-001 　　　　　　　　　　　　　　DATE: June 22, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:11:42 - 9:32:25 |
| CSO: F. Tenorio | |

---

**APPEARANCES:**

Defendant: Hyo Jin Pack 　　　　　　　　　　　Attorney: Peter C. Perez
　　Present　Custody　Bond　P.R.　　　　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Karon Johnson 　　　　　　　　U.S. Agent:
U.S. Probation: Carleen Borja 　　　　　　　　U.S. Marshal: V. Roman / F. Taitague
Interpreter: Sung Woo Yoon 　　　　　　　　　Language: Korean

---

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>time served</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>two years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES: